# DIEGO F. NAVAS
ATTORNEY-AT-LAW

Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

481 Bloomfield Avenue
Newark, New Jersey 07107
Phone: 973.482.6200 | Fax: 973.482.6201
E-mail: dfn@navaslawfirm.com

July 28, 2025

**VIA ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court: District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Court Room 5B
Newark, NJ 07101

        **RE:** **Charmaine Phillips v. New Jersey Transit, et al.**
           **Civil Case 2:19-cv-13427-CCC-AME**

Dear Judge Cecchi:

  As the court is aware, this office represents the plaintiff, Charmaine Phillips, in the above matter. This letter is in response to the Court's Text Order of July 9, 2025.

  After a review of these materials and careful consideration, this shall serve to advise that the plaintiff does *not* oppose defendant Bruno's motion for summary judgment. Plaintiff has no objection to the dismissal of Bruno as a defendant.

  The plaintiff does, however, maintain her opposition to the motions filed by defendants Bernal and Wells and we await the Court's decision on those applications.

  I note that defendant Ayala did not file a motion for summary judgment.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              ***Diego F. Navas /s/***
              Diego F. Navas, Esq.

DFN/ll
cc: All Counsel and Pro Se Parties (via ECF)